UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Angela R.,

    Plaintiff,                              Case No. 2:20-cv-6322

    v.                                      Judge Michael H. Watson

Commissioner of Social Security,          Magistrate Judge Deavers

    Defendant.

## ORDER

On June 16, 2022, Magistrate Judge Deavers issued a Report & Recommendation ("R&R") recommending the Court reverse the Commissioner of Social Security's ("Commissioner") decision and remand this case to the Commissioner for further proceedings. R&R, ECF No. 22.

The R&R notified the parties of their right to object and of the consequences for failing to do so. *Id.* Specifically, it warned the parties that a failure to timely object would result in the forfeiture of the right to *de novo* review by the Court and of the right to appeal the judgment of the Court. *Id.*

The deadline for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R, **REVERSES** the Commissioner's non-disability decision, and **REMANDS** this case back to the Commissioner and Administrative Law Judge pursuant to Sentence Four of § 405(g). The Clerk shall enter final judgment for Plaintiff and terminate this case.

IT IS SO ORDERED.

                                                              MICHAEL H. WATSON, JUDGE
                                                               UNITED STATES DISTRICT COURT